**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Connie D. Hyden,

      Plaintiff,                              Civil No. 08-1854 (RHK/AJB)

vs.                                         **DISQUALIFICATION AND**
                                             **ORDER FOR REASSIGNMENT**

Wyeth, Inc., Wyeth Pharmaceuticals,
Inc., Pfizer, Inc., Pharmacia & Upjohn
Company, LLC,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 12, 2008

                                                          s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge